# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| DS HAUTE DOGS, LLC. § | Case No. 14-22258 |
| § | |
| Debtor § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, December 1, 2015 in Courtroom 613, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/26/2015     By: /s/ Barry A. Chatz, Trustee
                                            Trustee


BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DS HAUTE DOGS, LLC. § Case No. 14-22258
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,444.49 |
| and approved disbursements of | $ | 50.00 |
| leaving a balance on hand of[1] | $ | 1,394.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 361.12 | $ 0.00 | $ 361.12 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,033.37 | $ 0.00 | $ 1,033.37 |

Total to be paid for chapter 7 administrative expenses     $     1,394.49
Remaining Balance     $     0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 377.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | VILLAGE OF WINNETKA | $ 377.58 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,281.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GET FRESH PRODUCE | $ 1,914.20 | $ 0.00 | $ 0.00 |
| 2B | VILLAGE OF WINNETKA | $ 2,366.99 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 14-22258-DRC
D's Haute Dogs, LLC                                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 2              Date Rcvd: Oct 29, 2015
                              Form ID: pdf006            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2015.
```
db           +D's Haute Dogs, LLC,   c/o Jared Boyar,   430 Greenwood,    Glencoe, IL 60022-1836
22051222     +ARS National Services, Inc.,   P.O. Box 463023,    Escondido, CA 92046-3023
22051220     +Alpha Bakery,   36230 Treasury Center,    Chicago, IL 60694-6200
22051221     +American Compressed Gases,   189 Central Avenue,    Westwood, NJ 07675-7399
22051223     +BJB Evanston LLC,   324 West Touhy Avenue,   Park Ridge, IL 60068-4205
22051225     +Citibank,   Processing Center,   Des Moines, IA 50363-0001
22051226    #+Columbus Meats,   906 West Randolph Street,   Chicago, IL 60607-2287
22051227      Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
22051228     +D's Haute Dogs, LLC,   c/o Jared Boyar,   430 Greenwood,    Glencoe, IL 60022-1836
22051230     +Empire Cooler Service, Inc.,   940 W. Chicago Avenue,    Chicago, IL 60642-5494
22051232     +Get Fresh Produce,   1441 Brewster Creek Blvd.,   Bartlett, IL 60103-1695
22051233     +Jack H. Rottner,   P. O. Box 10417,   Chicago, IL 60610-0417
22051234     +Lakeside Foods,   P.O. Box 1327,   Manitowoc, WI 54221-1327
22051235     +Mahoney Environmental,   712 Essington Road,    Joliet, IL 60435-4912
22051236     +Mickey's Linen,   4601 West Addison Street,   Chicago, IL 60641-9911
22051237     +Mowery & Schoenfeld LLC,   475 Half Day Road,    Suite 250,   Lincolnshire, IL 60069-2937
22051239     +Nancy Boyar,   430 Greenwood,   Glencoe, IL 60022-1836
22051238      Nancy Boyar,   930 Greenwood,   Glencoe, IL 60022
22051241      North Shore Gas,   P. O. Box 19083,   Green Bay, WI 54307-9083
22051242     +Receivables Control Corporatio,   7373 Kirkwood Court,   Suite 200,   Osseo, MN 55369-5264
22051243     +Richard H. Fimoff,   180 N. LaSalle Street,   Suite 3300,    Chicago, IL 60601-2808
22051244     +Sage Capital Recovery,   1040 Kings Hwy N.,   Cherry Hill, NJ 08034-1908
22051245     +Sysco Foods,   250 Wieboldt Drive,   Des Plaines, IL 60016-3192
22051246     +Turano Baking Co.,   6501 W. Roosevelt Road,   Berwyn, IL 60402-1100
22051247     +Vienna Beef,   2501 North Damen Avenue,   Chicago, IL 60647-2101
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22051229      E-mail/Text: bankruptcynotices@ecolab.com Oct 30 2015 00:40:56     Ecolab,   P. O. Box 70343,
               Chicago, IL  60673-0343
22051231     +E-mail/Text: pocatello_spo@farmersinsurance.com Oct 30 2015 00:41:58     Farmer's Insurance,
               P. O. Box 0914,   Carol Stream, IL 60132-0914
22051248     +E-mail/Text: collections@winnetka.org Oct 30 2015 00:42:47     Village of Winnetka,
               510 Greenbay Road,   Winnetka, IL 60093-2563
                                                                                            TOTAL: 3
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22051224*    +BJB Evanston, LLC,   324 West Touhy Avenue,   Park Ridge, IL 60068-4205
22051240    ##+North Shore Gas,   P.O. Box A3991,   Chicago, IL 60690-3991
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2015                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2015 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              E. Philip Groben    on behalf of Trustee Barry A Chatz pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com

```
District/off: 0752-1           User: mhenley              Page 2 of 2              Date Rcvd: Oct 29, 2015
                               Form ID: pdf006            Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Gina B Krol    gkrol@cohenandkrol.com,
      gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
      gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen    jcohen@cohenandkrol.com,
      jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard H Fimoff    on behalf of Debtor    D's Haute Dogs, LLC rfimoff@rsplaw.com,    fb@rsplaw.com
                                                                                                            TOTAL: 7