# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DS HAUTE DOGS, LLC. | § | Case No. 14-22258 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00          Claims Discharged
                                                Without Payment: NA

Total Expenses of Administration: 1,444.49

---

3) Total gross receipts of $ 1,444.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,444.49 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,355.12 | 1,444.49 | 1,444.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 377.58 | 377.58 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 100,404.84 | 4,281.19 | 4,281.19 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 100,404.84 | $ 7,013.89 | $ 6,103.26 | $ 1,444.49 |

4) This case was originally filed under chapter 7 on 06/13/2014 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/03/2016          By:/s/BARRY A. CHATZ
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Restaraunt equipment, supplies and utensils in storage at No | 1129-000 | 1,444.49 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,444.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 361.12 | 361.12 | 361.12 |
| The Bank of New York Mellon | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| COHEN & KROL | 3210-000 | NA | 1,944.00 | 1,033.37 | 1,033.37 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,355.12 | $ 1,444.49 | $ 1,444.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | VILLAGE OF WINNETKA | 5800-000 | NA | 377.58 | 377.58 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 377.58 | $ 377.58 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Alpha Bakery 36230 Treasury Center Chicago IL 60694 | | 1,271.81 | NA | NA | 0.00 |
| | Creditor # :10 Farmer's Insurance P. O. Box 0914 Carol Stream IL 60132 | | 497.28 | NA | NA | 0.00 |
| | Creditor # :11 Get Fresh Produce 1441 Brewster Creek Blvd. Bartlett IL 60103 | | 4,248.20 | NA | NA | 0.00 |
| | Creditor # :12 Lakeside Foods P.O. Box 1327 Manitowoc WI 54221 | | 2,762.21 | NA | NA | 0.00 |
| | Creditor # :13 Mahoney Environmental 712 Essington Road Joliet IL 60435 | | 225.00 | NA | NA | 0.00 |
| | Creditor # :14 Mickey's Linen 4601 West Addison Street Chicago IL 60641 | | 456.52 | NA | NA | 0.00 |
| | Creditor # :15 Mowery & Schoenfeld LLC 475 Half Day Road Suite 250 Lincolnshire IL 60069 | | 3,351.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :16 Nancy Boyar 430 Greenwood Glencoe IL 60022 | | 44,166.33 | NA | NA | 0.00 |
| | Creditor # :17 Nancy Boyar 430 Greenwood Glencoe IL 60022 | | 1,200.00 | NA | NA | 0.00 |
| | Creditor # :18 North Shore Gas P. O. Box 19083 Green Bay WI 54307-9083 | | 410.88 | NA | NA | 0.00 |
| | Creditor # :19 North Shore Gas P.O. Box A3991 Chicago IL 60609 | | 744.20 | NA | NA | 0.00 |
| | Creditor # :2 American Compressed Gases 189 Central Avenue Westwood NJ 07675 | | 192.50 | NA | NA | 0.00 |
| | Creditor # :20 Sysco Foods 250 Wieboldt Drive Des Plaines IL 60016 | | 2,945.69 | NA | NA | 0.00 |
| | Creditor # :21 Turano Baking Co. 6501 W. Roosevelt Road Berwyn IL 60402 | | 221.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :22 Vienna Beef 2501 North Damen Avenue Chicago IL 60647 | | 1,423.78 | NA | NA | 0.00 |
| | Creditor # :23 Village of Winnetka 510 Greenbay Road Winnetka IL 60093 | | 2,744.57 | NA | NA | 0.00 |
| | Creditor # :3 BJB Evanston LLC 324 West Touhy Avenue Park Ridge IL 60068 | | 24,123.96 | NA | NA | 0.00 |
| | Creditor # :4 Citibank Processing Center Des Moines IA 50363 | | 6,656.87 | NA | NA | 0.00 |
| | Creditor # :5 Columbus Meats 906 West Randolph Street Chicago IL 60607 | | 233.95 | NA | NA | 0.00 |
| | Creditor # :6 Comcast PO Box 3002 Southeastern PA 19398-3002 | | 706.50 | NA | NA | 0.00 |
| | Creditor # :7 Ecolab P. O. Box 70343 Chicago IL 60673-0343 | | 610.19 | NA | NA | 0.00 |
| | Creditor # :8 Empire Cooler Service, Inc. 940 W. Chicago Avenue Chicago IL 60622 | | 307.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :9 Farmer's Insurance P. O. Box 0914 Carol Stream IL 60132 | | 903.75 | NA | NA | 0.00 |
| | Representing: Citibank | | 0.00 | NA | NA | 0.00 |
| | Representing: Comcast | | 0.00 | NA | NA | 0.00 |
| | Representing: Ecolab | | 0.00 | NA | NA | 0.00 |
| | Representing: Sysco Foods | | 0.00 | NA | NA | 0.00 |
| 1 | GET FRESH PRODUCE | 7100-000 | NA | 1,914.20 | 1,914.20 | 0.00 |
| 2B | VILLAGE OF WINNETKA | 7100-000 | NA | 2,366.99 | 2,366.99 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 100,404.84 | $ 4,281.19 | $ 4,281.19 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-22258 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | DS HAUTE DOGS, LLC. | | | | Date Filed (f) or Converted (c): | 06/13/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2014 |
| For Period Ending: | 03/03/2016 | | | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Closed Checking Account:  In debtor's possession | 0.00 | 0.00 | | 0.00 | FA |
| 2. Office Equipment - Cash Register | 0.00 | 0.00 | | 0.00 | FA |
| 3. Office Equipment - Computer System | 0.00 | 0.00 | | 0.00 | FA |
| 4. Office Equipment, POS, supplies at 551 Lincoln Avenue, Winne | 0.00 | 0.00 | | 0.00 | FA |
| 5. Restaraunt equipment, supplies and utensils in storage at No | 0.00 | 0.00 | | 1,444.49 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $0.00           $0.00           $1,444.49           $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; TRUSTEE TO CONDUCT CLAIMS REVIEW AND PREPARE TFR IN 3RD QUARTER OF 2015.

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/31/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-22258 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DS HAUTE DOGS, LLC. | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX0649 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX5652 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/03/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9657 | Transfer of Funds | 9999-000 | $1,394.49 | | $1,394.49 |
| 12/01/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $361.12 | $1,033.37 |
| 12/01/15 | 400002 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, ILLINOIS 60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $1,033.37 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,394.49 | $1,394.49 |
| Less: Bank Transfers/CD's | $1,394.49 | $0.00 |
| Subtotal | $0.00 | $1,394.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,394.49 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals: $1,394.49   $1,394.49

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-22258 | Trustee Name: BARRY A. CHATZ |
| Case Name: DS HAUTE DOGS, LLC. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX9657 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5652 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/15 | 5 | BADGER CORPORATION 990 RICHARD STREET LOMIRA, WI 53048 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,444.49 | | $1,444.49 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,434.49 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,424.49 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,414.49 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,404.49 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,394.49 |
| 08/21/15 | | Transfer to Acct # xxxxxx0649 | Transfer of Funds | 9999-000 | | $1,394.49 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,444.49 | $1,444.49 |
| Less: Bank Transfers/CD's | $0.00 | $1,394.49 |
| Subtotal | $1,444.49 | $50.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,444.49 | $50.00 |

| | | |
|---|---|---|
| Page Subtotals: | $1,444.49 | $1,444.49 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0649 - Checking | $0.00 | $1,394.49 | $0.00 |
| XXXXXX9657 - Checking Account | $1,444.49 | $50.00 | $0.00 |
|  | $1,444.49 | $1,444.49 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $1,444.49 |
| Total Gross Receipts: | $1,444.49 |

Page Subtotals: $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*